FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE LEE SMITH,<br><br>Defendant. | No. 2:18-CR-00232-TOR-16<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 313)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 313**. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request. Specifically, Defendant requests permission to travel to northern Idaho for her son's soccer games.

**IT IS ORDERED**, Defendant's Motion, **ECF No. 313**, is **GRANTED**. Defendant is permitted to travel to northern Idaho to attend her son's soccer games.

Defendant shall provide the supervising Pretrial Services Officer with a schedule of when and where the games are taking place and shall advise or message the U.S. Probation Office prior to departing for specific games. Defendant will also provide the Probation Office with a phone number where she can be contacted when she is out of this district.

//

//

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 12, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2