UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHELLE LEE SMITH,<br><br>　　　　　　　Defendant. | NO: 2:18-CR-0232-TOR-16<br><br>ORDER AMENDING CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to Amend Conditions of Release. ECF No. 406. The motion was submitted for consideration without oral argument. Having reviewed the record and the files therein, the Court is fully informed.

On January 17, 2019, Defendant appeared before Magistrate Judge Rodgers for arraignment. At the hearing Defendant was released to pretrial supervision under certain terms and conditions. Specifically, Additional Condition of Release No. 14 requires Defendant to remain in the Eastern District of Washington unless requested by motion to leave the geographical area. ECF No. 154. Defendant now

ORDER AMENDING CONDITIONS OF RELEASE ~ 1

moves the Court, unopposed by the United States Probation Office, to amend her conditions of release to allow her to travel to her son's out-of-state soccer games which include Missoula, Montana and Sandpoint, Idaho. In her motion, Defendant represents that the government takes no position with respect to the motion and defers to the Court. The Court notes that Defendant has previously been allowed to travel out-of-state with no issues and has otherwise abided by the terms and conditions of her release. For good cause shown, Defendant's motion is granted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Condition numbered 14 of the Order Following Initial Appearance and Arraignment (ECF No. 154), is amended to allow Defendant to travel to northern Idaho and Montana to attend her son's soccer games. Defendant shall provide her United States Pretrial Services Officer with a schedule of games; provide 24 hours advance notice prior to leaving the district; and notify her Pretrial Services Officer upon her return to the Eastern District of Washington.

All remaining terms and conditions remain in effect.

//
//
//
//
//

The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and the United States Probation Office.

DATED June 4, 2019.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER AMENDING CONDITIONS OF RELEASE ~ 3