# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHELLE LEE SMITH,<br><br>　　　　　　　Defendant. | NO: 2:18-CR-0232-TOR-16<br><br>THIRD ORDER AMENDING CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to Modify Order Setting Conditions of Release. ECF No. 718. The motion was submitted for consideration without oral argument. Having reviewed the record and the files therein, the Court is fully informed.

Defendant moves the Court, unopposed by both the United States Probation Office and the United States Attorney's Office, to amend her conditions of release to allow her to travel to her son's out-of-state sporting events in Idaho. The Court notes that Defendant has previously been allowed to travel out-of-state with no

THIRD ORDER AMENDING CONDITIONS OF RELEASE ~ 1

issues and has otherwise abided by the terms and conditions of her release.  For good cause shown, Defendant's motion is granted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Motion to Modify Order Setting Conditions of Release, ECF No. 718, is **GRANTED**.

Condition numbered 14 of the Order Following Initial Appearance and Arraignment (ECF No. 154), is amended to allow Defendant to travel to Idaho to attend her son's sporting events.  Defendant shall provide her United States Pretrial Services Officer with a schedule of games; provide 24 hours advance notice prior to leaving the district; and notify her Pretrial Services Officer upon her return to the Eastern District of Washington.

All remaining terms and conditions remain in effect.

The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and the United States Probation Office.

DATED November 21, 2019.



THOMAS O. RICE
Chief United States District Judge

THIRD ORDER AMENDING CONDITIONS OF RELEASE ~ 2